**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BYRON CHRISTOPHER CHINCHILLA,<br><br>               Petitioner,<br><br>          v.<br><br>CLARK E. DUCART, Warden,<br><br>               Respondent. | ) Case No. SACV 14-1298-JVS (JPR)<br>)<br>)<br>)    **J U D G M E N T**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied, Petitioner's request for an evidentiary hearing is denied, and this action is dismissed with prejudice.

DATED: June 1, 2016

                                  JAMES V. SELNA<br>
                                  U.S. DISTRICT JUDGE